SM

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois
Eastern Division

RECEIVED
APR 05 2022 ey
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Donell Ross Sr.
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Director of I.D.O.C
Robert Jeffrey's
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No.
1:22-cv-01750
Shah/ Cole/ PC 3
Random

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.   The Parties to This Complaint

**A.   The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Donell Ross Sr. |
| Street Address | 2650 S. California |
| City and County | Chicago / Cook County |
| State and Zip Code | Illinois 60608 |
| Telephone Number | |
| E-mail Address | |

**B.   The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 6

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1
  Name: Robert Jeffrey's
  Job or Title (if known): Director of I.D.O.C
  Street Address: 1301 ConCordia Court, PO BOX 19277
  City and County: Springfeild
  State and Zip Code: Illinois, 62794
  Telephone Number:
  E-mail Address (if known):

Defendant No. 2
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 3
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*5th, 8th and 14th Amendment of U.S.C.*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Cook County Department of Corrections (See additional page(s))

B. What date and approximate time did the events giving rise to your claim(s) occur?

1-10-2022 My Sentencing date

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

IDOC refuses to transfer me and as such I'm being denied Rights that I would normally enjoy outlined in the Claims set Forth. I'm in Constant fear of my life and it's aggravating my mental health. Petitioner believes that the Director of IDOC is responsible for claims.

IV. **Irreparable Injury**

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

In the case of Mental Health monetary damages would not suffice if Petitioner can not enjoy the fruits thereof. Besides, monetary damages can not be measured in regards to petitioner's mental health and well being.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Since IDOC is unwilling to transfer me, Petitioner is asking to be transferred to one of the Work Release Programs or immediate transfer to a institution such as Murphyboro's, Sheridan, or the like where programming and rehabilitation seems to be Consistent with the IDOC mission statement, or be placed on IDOC House Arrest until full transfers Resume

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04-01-2022

Signature of Plaintiff: *Donell Ross*
Printed Name of Plaintiff: Donell Ross

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

## CLAIM I

After Sentencing IDOC is require by law to accept, Care and Keep those Sentence to it's Custody. Petitioner was Sentenced on 01-10-2022 and remains here at CCDOC as of the filing of this Petition with no Pending Charges.

Petitioner is being denied amentities that other IDOC offenders are enjoying, i,e, yard, recreation, hot food, better quality of Healthcare and Mental Health Care, as well as the ability to work and or participate in programming that Petitioner May earn time off Sentence under the new prison iniative.

## CLAIM II

Petitioner suffers from Depression, P.TSD and Anxiety. And due to the grossly under-staffed Cook County Jail staff, Petitioner has not seen or talk to anyone from Mental Health Services since intake on 01-10-2022. There is no Mental Health treatment other than Psychiatric medications being issued. CCDOC is unable to provide the individualize care that should be the responsibility of IDOC. This willful neglect on the part of IDOC is tantamount to deliberate indifference. Simply put IDOC's failure to provide Petitioner with the Constitutionally minimal level of health care is causing "irrepairable harm" to Petitioner. Couple that with the danger element thats overly prevalent here at CCDOC petitioner believes that this failure constitutes Cruel and unusual Punishment violating petitioner's Rights of the U.S. Constitution.

## CLAIM III

Under normal circumstances Petitioner would be afforded the opportunity to address these issues through the Proper Grievance Process Due offenders in IDOC Custody. Here, petitioner cannot properly address IDOC issues while in CCDOC Physically therefore petitioner believes this also violates Petitioner's Constitutional Rights under the U.S. Constitution



Exhibit 1

# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! (! Para ser llenado solo por el personal de Inmate Services !)

- ☐ Emergency Grievance
- ☒ Grievance
- ☐ Non-Compliant Grievance

- ☐ Cermak Health Services
- ☐ Superintendent: _____
- ☐ Other: _____

CONTROL # : 
INMATE ID # :

**PRINT - INMATE LAST NAME** (Apellido del Preso): Ross
**PRINT - FIRST NAME** (Primer Nombre): Donell
**INMATE BOOKING NUMBER** (# de identificación del Preso): 20220110089
**DIVISION** (División): 6
**LIVING UNIT** (Unidad): 2K
**DATE** (Fecha): 02/04/2022

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**REQUIRED - DATE OF INCIDENT** (Fecha del Incidente):
**REQUIRED - TIME OF INCIDENT** (Horad del Incidente):
**REQUIRED - SPECIFIC LOCATION OF INCIDENT** (Lugar Específico del Incidente):
**REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED** (Nombre y/o Identificación del Acusado):

I've put several request slips in for the Law Library that I might research my case. I'm being denied meaningful access to Law Library.

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**

**INMATE SIGNATURE:** Donell Ross

**CRW/PLATOON COUNSELOR (Print):** D Jones
**SIGNATURE:** [signed]
**DATE CRW/PLATOON COUNSELOR RECIEVED:** 2/4/22

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**
**SIGNATURE:**
**DATE REVIEWED:**

(FCN-73)(NOV 17)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMATE)

Exhibit 2

# COOK COUNTY
## DEPARTMENT OF CORRECTIONS
### INDIVIDUAL IN CUSTODY REQUEST FORM

Inmate # 090

**CHOOSE ONE (1) OF THE FOLLOWING SERVICES**

- ☐ Write-Out
- ☐ Superintendent
- ☐ Commissary
- ☐ Trust Fund Balance
- ☐ Board of Ed. (18-21 yrs.)
- ☐ G.E.D. (21 yrs. and over)
- ☐ Release of Excess Cell Property
- ☑ Other CRW

- ☐ Law Library
- ☐ Parole Information
- ☐ Public Library
- ☐ U.S. Mail Information
- ☐ Work Program
- ☐ Voter Reg. Application

**RELIGIOUS SERVICES**
- ☐ Muslim
- ☐ Catholic
- ☐ Non-Denomination Christian
- ☐ Baptist
- ☐ Jewish
- ☐ Jehovah's Witness

**INDIVIDUAL'S INFORMATION**

NAME: Donell Ross
ID NUMBER: 20226110089
DIVISION: 6
INDIVIDUAL IN CUSTODY SIGNATURE: Donell Ross
DATE SUBMITTED: 2-22-2022
COURT DATE:
LIVING UNIT: 2K 2

**INDIVIDUAL'S REQUEST (PLEASE PRINT)**

How many People are on the list waiting to go to IDOC? and what number am I on that list? Please & thank you

**STAFF RESPONSE — DO NOT WRITE IN THIS SECTION**

Forwed Records for a Response to Inmate request
2/24

STAFF SIGNATURE: D. Jones

DATE INDIVIDUAL RECEIVED RESPONSE/SERVICE: FEB 24 2022

(FCN-62) (NOV 21)



Exhibit 3

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(¡ Para ser llenado solo por el personal de Inmate Services !)*

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance
- ☐ Cermak Health Services
- ☐ Superintendent: _____
- ☐ Other: _____

CONTROL #: 
INMATE ID #: 

**PRINT - INMATE LAST NAME** *(Apellido del Preso):* Ross
**PRINT - FIRST NAME** *(Primer Nombre):* Donell
**INMATE BOOKING NUMBER** *(# de identificación del Preso):* 2022-0110089
**DIVISION** *(División):* 6
**LIVING UNIT** *(Unidad):* 2K
**DATE** *(Fecha):* 03-18-2022

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
- The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
- The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).
- The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
- The grieved issue must not contain offensive or harassing language.
- The grievance form must not contain more than one issue.
- The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
- El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
- El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarías a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
- El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
- El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
- El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
- El asunto de la queja no puede contener lenguaje ofensivo o amenazante
- La solitud de la queja no puede contener más de un asunto.
- El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

**REQUIRED - DATE OF INCIDENT** *(Fecha del Incidente):* 03-16-22
**REQUIRED - TIME OF INCIDENT** *(Horad del Incidente):* Between 7 to 9 PM
**REQUIRED - SPECIFIC LOCATION OF INCIDENT** *(Lugar Específico del Incidente):* Div 6 2K
**REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED** *(Nombre y/o Identificación del Acusado):* CCDOC staff/security

03-16-22 an incident occurred where a detainee was knocked out cold and was dragged in the bathroom, an another fight ensued. Blood was everywhere. for 2hrs. Div 6 2K was left unattended by staff. These are regular occurrences largely due to the 'grossly' inadequate staffing at CCDOC. In other words CCDOC is unable to provide the protection according the law. And any detainee is subject to injury. they let us out and the officer disappears.

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** *(Nombre del personal o presos que tengan información:)* 2021-0818025 Tracy Jameson
**INMATE SIGNATURE:** *(Firma del Preso):* Donell Ross

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW/PLATOON COUNSELOR (Print):**
**SIGNATURE:**
**DATE CRW/PLATOON COUNSELOR RECIEVED:**

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**
**SIGNATURE:**
**DATE REVIEWED:**

(FCN-73)(NOV 17)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)

## NOTE

Petitioner is being denied meaningful access to Law Library to Make Copies and do research. Petitioner Ask that Clerk's office would make Copies to send to all parties involved, including a Copy for Petitioner

Petitioner has provided some exhibits in regards to the above mentioned and still hasn't gotten a response to grievances or request sent to Social Worker here at CCDOC

Exhibit 3 has video of incident that occured on 03-16-2022

Donell Ross
#2022-0110089
2700 S. California
Chgo, Il 60608

1:22-cv-01750
Shah/ Cole/ PC 3
Random

04/05/2022-12

Clerk of the
United States
District Court
219 S Dearborn
Chicago, Il 60602

RECEIVED
2022 APR -5 AM 8:27